REPORTER'S RECORD
VOLUME 1 OF 6 VOLUMES
NO. WR-88,099-01
CAUSE NO. W-15,307-A-1

RECEIVED
COURT OF CRIMINAL APPEALS
1/16/2019
DEANA WILLIAMSON, CLERK

| | | |
|---|---|---|
| EX PARTE | ) | IN THE DISTRICT COURT |
| | ) | |
| | ) | |
| | ) | RANDALL COUNTY, TEXAS |
| | ) | |
| | ) | |
| JOSHUA DAVID STOCKER | ) | 47TH JUDICIAL DISTRICT |

*****************************************************

MASTER INDEX

*****************************************************

On the 20th day of September, 2018, on the 30th and 31st days of October, 2018, on the 1st day of November, 2018, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable David Gleason, Judge presiding by assignment, held in Canyon, Randall County, Texas;

Proceedings reported by Stenographic Method.

A P P E A R A N C E S

FOR THE APPLICANT:
SBOT NO. 24010492
Mr. James Edd Wooldridge
Attorney at Law
600 South Tyler Street
Suite 1704
Amarillo, Texas 79101
(806) 418-8575

FOR THE STATE OF TEXAS:
SBOT NO. 00787925
Mr. Robert Allen Love, II
SBOT NO. 02505850
Mr. Charles David Blount
SBOT NO. 04300500
Mr. Warren L. Clark
Randall County Assistant District Attorneys
2309 Russell Long Boulevard, Suite 120
Canyon, Texas 79015
(806) 468-5570

CHRONOLOGICAL INDEX


| September 20, 2018 | Pg | Vol |
|---|---|---|
| Appearances | 2 | 2 |
| Case Called | 6 | 2 |
| Proceedings Concluded | 28 | 2 |
| Reporter's Certificate | 29 | 2 |

| October 30, 2018 | Pg | Vol |
|---|---|---|
| Appearances | 2 | 3 |
| Case Called | 7 | 3 |
| Motions | 8 | 3 |

APPLICANT'S

| ORAL EVIDENCE | DX | CX | RDX | RCX | VOL |
|---|---|---|---|---|---|
| Charles Blount | 15 | 18 | | | 3 |
| Bobbie Bruhn | 21 | 26 | 35 | | 3 |
| James Farren | 43 | 66 | 120 | 136 | 3 |
| | | | 138 | 140 | 3 |
| Jeremy Fowler | 143 | 148 | 158 | | 3 |
| Guin Garcia | 165 | 169 | 173 | | 3 |

| | Pg | Vol |
|---|---|---|
| Proceedings Concluded | 175 | 3 |
| Reporter's Certificate | 176 | 3 |

| October 31, 2018 | Pg | Vol |
|---|---|---|
| Appearances | 2 | 4 |
| Case Called | 6 | 4 |

CHRONOLOGICAL INDEX (Continued)


| October 31, 2018 | | | | | | Pg | Vol |
|---|---|---|---|---|---|---|---|
| APPLICANT'S | | | | | | | |
| ORAL EVIDENCE | DX | CX | RDX | RCX | VD | | VOL |
| Jennifer Cates | 11 | 20 | | | | | 4 |
| Jami Watson | 25 | 31 | 36 | 38 | | | 4 |
| | | | 39 | | | | 4 |
| Debra Keeler | 41 | 46 | 48 | 51 | | | 4 |
| | | | 55 | | | | 4 |
| Tori Patrick | 58 | | | | | | 4 |
| C.J. McElroy | 69 | 82 | 110 | 111 | | | 4 |
| | | | | 117 | | | 4 |
| | | | 118 | 119 | | | 4 |
| Mike Watkins | 121 | 135 | 164 | 168 | | | 4 |
| | | | 168 | | | | 4 |
| Tori Patrick (Cont'd) | 171 | 198 | | | | | 4 |
| Proceedings Concluded | | | | | | 225 | 4 |
| Reporter's Certificate | | | | | | 226 | 4 |

| November 1, 2018 | | | | | | Pg | Vol |
|---|---|---|---|---|---|---|---|
| Appearances | | | | | | 2 | 5 |
| Case Called | | | | | | 6 | 5 |
| APPLICANT'S | | | | | | | |
| ORAL EVIDENCE | DX | CX | RDX | RCX | VD | | VOL |
| Tori Patrick (Cont'd) | | 7 | 73 | | | | 5 |
| Tim Pirtle | 101 | 106 | | | | | 5 |

CHRONOLOGICAL INDEX (Continued)


| November 1, 2018 | | | | | Pg | Vol |
|---|---|---|---|---|---|---|
| Tori Patrick (Cont'd) | | | 107 | 112 | | 5 |
| | | | 118 | | | 5 |
| Michael Mogelinski | 128 | 130 | 135 | | | 5 |
| Warren Clark | 136 | 143 | 144 | | | 5 |
| Applicant Rests | | | | | 147 | 5 |

| STATE'S ORAL EVIDENCE | DX | CX | RDX | RCX | VD | VOL |
|---|---|---|---|---|---|---|
| Jennifer Seay | 148 | 157 | | | | 5 |
| Jeremy Patrick | 158 | 167 | | | | 5 |

State Rests.................................. 172 5
Applicant Closes............................. 172 5
State Closes................................. 172 5
Applicant's Closing Argument by Mr. Wooldridge.. 173 5
State's Closing Argument by Mr. Blount......... 175 5
State's Closing Argument by Mr. Clark.......... 176 5
Proceedings Concluded........................ 197 5
Reporter's Certificate....................... 198 5

ALPHABETICAL INDEX


| WITNESS | DX | CX | RDX | RCX | VD | VOL |
|---|---|---|---|---|---|---|
| Charles Blount | 15 | 18 | | | | 3 |
| Bobbie Bruhn | 21 | 26 | 35 | | | 3 |
| Jennifer Cates | 11 | 20 | | | | 4 |
| Warren Clark | 136 | 143 | 144 | | | 5 |
| James Farren | 43 | 66 | 120 | 136 | | 3 |
| | | | 138 | 140 | | 3 |
| Jeremy Fowler | 143 | 148 | 158 | | | 3 |
| Guin Garcia | 165 | 169 | 173 | | | 3 |
| Debra Keeler | 41 | 46 | 48 | 51 | | 4 |
| | | | 55 | | | 4 |
| C.J. McElroy | 69 | 82 | 110 | 111 | | 4 |
| | | | | 117 | | 4 |
| | | | 118 | 119 | | 4 |
| Michael Mogelinski | 128 | 130 | 135 | | | 5 |
| Jeremy Patrick | 158 | 167 | | | | 5 |
| Tori Patrick | 58 | | | | | 4 |
| Tori Patrick (Cont'd) | 171 | 198 | | | | 4 |
| Tori Patrick (Cont'd) | | 7 | 73 | | | 5 |
| Tori Patrick (Cont'd) | | | 107 | 112 | | 5 |
| | | | 118 | | | 5 |
| Tim Pirtle | 101 | 106 | | | | 5 |
| Jennifer Seay | 148 | 157 | | | | 5 |

ALPHABETICAL INDEX (Continued)


| WITNESS | DX | CX | RDX | RCX | VD | VOL |
|---|---|---|---|---|---|---|
| Mike Watkins | 121 | 135 | 164 | 168 | | 4 |
| | | | 168 | | | 4 |
| Jami Watson | 25 | 31 | 36 | 38 | | 4 |
| | | | 39 | | | 4 |

# EXHIBIT INDEX

APPLICANT'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 1 | Brooke Vandergriff's Proffer Agreement | 17 | 17 | 3 |
| 2 | Bobbie Bruhn's Affidavit | 40 | 40 | 3 |
| 3 | Craig Kimberlin's Use Immunity Agreement | 128 | 128 | 3 |
| 4 | Letter to C.J. McElroy | 128 | 128 | 3 |
| 5 | Bledsoe's Plea Agreement | 128 | 128 | 3 |
| 6 | James Farren's Affidavit | 128 | 129 | 3 |
| 7 | James Farren's Amended Affidavit | 128 | 129 | 3 |
| 8 | Letter to Tori Patrick With Enclosure | 132 | 132 | 3 |
| 9 | Excerpt Proceedings | 147 | 148 | 3 |
| 10 | T. Patrick's Bond Hearing | 8 | 8 | 4 |
| 11 | T. Patrick's Jail Calls | 19 | 19 | 4 |
| 12 | J. Wooldridge's Letter | 184 | 184 | 4 |
| 13 | J. Wooldridge's Letter | 184 | 184 | 4 |
| 14 | T. Patrick's Jail Records | 196 | 196 | 4 |
| 15 | Photograph | 197 | 198 | 4 |
| 16 | Letter from J. Wooldridge | 83 | 84 | 5 |
| 17 | Thumb Drive-Video Clips | 111 | 111 | 5 |
| 18 | Photograph | 119 | 119 | 5 |

EXHIBIT INDEX (Continued)

APPLICANT'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 19 | Photograph | 119 | 119 | 5 |
| 20 | Letter from COA | 140 | 140 | 5 |
| 21 | Letter-RC DA's Office | 142 | 142 | 5 |
| 22 | Letter-from J. Wooldridge | 143 | 143 | 5 |

STATE'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 1A | Disc-Josh Stocker Trial | 13 | 13 | 3 |
| 1B | Thumb Drive-Stocker Trial | 13 | 13 | 3 |
| 2 | Patrick's Unsigned Use Immunity Agreement | 28 | 29 | 3 |
| 3 | Supplemental Report | 31 | 34 | 3 |
| 5 | Brooke Vandergriff's Proffer Agreement | 72 | 72 | 3 |
| 6 | Guin Garcia's Use Immunity Agreement | 72 | 72 | 3 |
| 7 | Excerpt Proceedings | 69 | 69 | 3 |
| 8 | Bledsoe's Plea Agreement | 72 | 72 | 3 |
| 9 | Excerpt Proceedings | 74 | 74 | 3 |
| 10 | Excerpt Proceedings | 83 | 83 | 3 |
| 11 | Excerpt Proceedings | 88 | 88 | 3 |
| 12 | Excerpt Proceedings | 90 | 90 | 3 |
| 13 | Excerpt Proceedings | 94 | 94 | 3 |

EXHIBIT INDEX (Continued)

STATE'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 14 | Excerpt Proceedings | 98 | 98 | 3 |
| 15 | Excerpt Proceedings | 101 | 101 | 3 |
| 16 | Excerpt Proceedings | 102 | 102 | 3 |
| 17 | Motion to Increase Bail | 112 | 112 | 3 |
| 18 | Docket Sheet | 114 | 114 | 3 |
| 19 | Motion - Bond Conditions | 115 | 115 | 3 |
| 20 | Letter to Jeff Robnett | 116 | 116 | 3 |
| 21 | Fax to Jeff Robnett | 117 | 118 | 3 |
| 22 | Patrick's Signed Use Immunity Agreement | 158 | 158 | 3 |
| 23 | Complaint | 172 | 172 | 3 |
| 24 | Thumb Drive (Phone Calls) | 24 | 24 | 4 |
| 25 | T. Patrick's signed Use Immunity Agreement | 34 | 34 | 4 |
| 26 | Excerpt Proceedings | 144 | 145 | 4 |
| 27 | Excerpt Proceedings | 144 | 145 | 4 |
| 28 | T. Patrick's Supporting Affidavit | 215 | 215 | 4 |
| 29 | T. Patrick's Supporting Affidavit | 215 | 215 | 4 |
| 30 | T. Patrick's Statement | 215 | 215 | 4 |
| 31 | T. Patrick's Statement | 215 | 215 | 4 |

EXHIBIT INDEX (Continued)

STATE'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 32 | T. Patrick's Statement | 215 | 215 | 4 |
| 33 | T. Patrick's Plea Hearing | 215 | 215 | 4 |
| 34 | Order | 198 | 198 | 5 |
| 35 | Letter-Spriggs Law Firm | 40 | 40 | 5 |
| 36 | Excerpt Proceedings | 50 | 50 | 5 |
| 37 | PC Criminal History Req. | 73 | 73 | 5 |
| 38 | J. Vest Statement | 156 | 156 | 5 |
| 39 | J. Patrick Statement | 167 | 167 | 5 |