IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



JOSHUA DAVID STOCKER,

    Petitioner,

v.                                           2:21-CV-062-Z-BR

DIRECTOR, TDCJ-CID,

    Respondent.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## AND
## DISMISSING APPLICATION FOR HABEAS CORPUS RELIEF

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Petitioner's Petition for a Writ of Habeas Corpus by a Person in State Custody (ECF No. 1) ("Petition"). ECF No. 28. Objections to the findings, conclusions, and recommendation have been filed. *See* ECF No. 29. After making an independent review of the Petition, pleadings, files, records, and objections in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the Petition is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

June 26, 2023

                                                        MATTHEW J. KACSMARYK
                                                        UNITED STATES DISTRICT JUDGE